```
RECEIPT #  26985
AMOUNT $   150-
SUMMONS ISSUED  ✓
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE  6-30-04
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 JUN 30 P 3:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Comcast of Southern New England, Inc. | Case No.: |
| Plaintiff | CORPORATION DISCLOSURE STATEMENT |
| vs. | |
| Ida Carpenito | 04-11489 JLT |
| Defendant | |

**Pursuant to LR, D. Mass 7.3**, the filing party, Comcast of Southern New England, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Southern New England, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Southern New England, Inc. is wholly owned by Comcast of Georgia/Massachusetts, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Counsel,

6/29/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1