AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of S. New England, Inc.

V.

Ida Carpenito

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 - 11489 JLT**

TO: (Name and address of Defendant)

Ida Carpenito
13 Kearsage Street
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          6-30-04

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

NAME OF SERVER (PRINT)



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

Middlesex, ss.                                                                July 14, 2004

I hereby certify and return that on 7/14/2004 at 9:15AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by delivering in hand to IDA CARPENITO at, 13 KEARSAGE Street, TEWKSBURY, MA 01876. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($13.44) Total Charges $50.94

*George A. Hooper*

Deputy Sheriff

| SERVICES | TOTAL |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                 Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.