UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF SOUTHERN NEW ENGLAND, INC., <br> Plaintiff, <br> v <br><br> IDA CARPENITO, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CA 04- 11489-JLT |

ORDER

JULY 20, 2004

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge