UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF S. NEW ENGLAND, INC, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IDA CARPENITO, )<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 04-11489-JLT |

### NOTICE OF APPEARANCE

Please enter my appearance for the Defendant, Ida Carpenito. My firm affiliation is Eno, Boulay, Martin & Donahue, LLP, 21 George Street, Lowell, MA 01852. My telephone number is 978-452-8902, fax number is 978-453-2585.

Matthew C. Donahue
BBO #548280
ENO, BOULAY, MARTIN &
  DONAHUE, LLP
21 George Street
Lowell, MA 01852
(978) 452-8902
Dated: 8-19-04

### CERTIFICATE OF SERVICE

I, Matthew C. Donahue, Esquire, hereby certify that I have forwarded a copy of the foregoing Notice of Appearance to John M. McLaughlin, McLaughlin Sacks, 31 Trumbull Road, Northampton, MA 01060 by delivering same by first-class mail on this ___ day of August, 2004.

Matthew C. Donahue, Esquire