UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMCAST OF S. NEW ENGLAND, INC,<br>Plaintiff,<br><br>vs.<br><br>IDA CARPENITO,<br>Defendant. | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-11489-JLT<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO EXTEND
## TIME TO ANSWER COMPLAINT

**NOW COMES** the Defendant in the above-captioned matter, by and through her attorney, Matthew C. Donahue, and respectfully requests that Defendant's time to answer the complaint be extended an additional 45 days and further says as follows:

1. The Defendant was served a complaint in this matter on June 30, 2004.

2. Counsel for the Defendant, Matthew C. Donahue, has been recently retained in the matter to represent the Defendant and is filing his appearance this day.

3. Pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court, I hereby certify that I have conferred with opposing counsel in order to resolve the request for additional time to answer the complaint and he has assented.

WHEREFORE, the Defendant respectfully requests that she is granted a 45 day extension to file her answer with the Court.

_____
Matthew C. Donahue
BBO #548280
ENO, BOULAY, MARTIN &
  DONAHUE, LLP
21 George Street
Lowell, MA 01852
(978) 452-8902
Dated: 8-29-04

## CERTIFICATE OF SERVICE

    I, Matthew C. Donahue, Esquire, hereby certify that I have forwarded a copy of the foregoing Notice of Appearance to John M. McLaughlin, McLaughlin Sacks, 31 Trumbull Road, Northampton, MA 01060 by delivering same by first-class mail on this 19th day of August, 2004.

_____
Matthew C. Donahue, Esquire