UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMCAST OF S. NEW ENGLAND, INC, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IDA CARPENITO, )<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 04-11489-JLT |

## **ANSWER**

1. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph one of the complaint.

2. The defendant denies the allegations contained in paragraph two of the complaint.

3. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph three of the complaint.

4. The defendant admits the allegations contained in paragraph four of the complaint.

5. The defendant states that there is no allegations contained in paragraph five of the complaint that warrants a response.

6. The defendant admits the allegations contained in paragraph six of the complaint.

7. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph seven of the complaint.

8. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph eight of the complaint.

9. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph nine of the complaint.

10. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph ten of the complaint.

11. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph eleven of the complaint.

12. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph twelve of the complaint.

13. The defendant denies the allegations contained in paragraph thirteen of the complaint.

14. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph fourteen of the complaint.

15. The defendant denies the allegations contained in paragraph fifteen of the complaint.

16. The defendant denies the allegations contained in paragraph sixteen of the complaint.

### COUNT ONE

17. The defendant restates and incorporates by references its answers to paragraphs one through sixteen of the complaint.

18. The defendant denies the allegations contained in paragraph eighteen of the complaint.

19. The defendant denies the allegations contained in paragraph nineteen of the complaint.

20. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph twenty of the complaint.

21. The defendant denies the allegations contained in paragraph twenty-one of the complaint.

22. The defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph twenty-two of the complaint.

23. The defendant denies the allegations contained in paragraph twenty-three of the complaint.

## COUNT TWO

24. The defendant restates and incorporates by references its answers to paragraphs one through twenty-three of the complaint.

25. The defendant denies the allegations contained in paragraph twenty-five of the complaint.

26. The defendant denies the allegations contained in paragraph twenty-six of the complaint.

27. The defendant denies the allegations contained in paragraph twenty-seven of the complaint.

**WHEREFORE**, the Defendant requests that the Court:

1. Dismiss the Plaintiff's Complaint with prejudice and award the Defendants Attorney fees and costs.

2. Take such further action as the Court determines appropriate.

Respectfully submitted,
The Defendant Ida Carpenito
By her attorney,

*/s/ Matthew C. Donahue*

Matthew C. Donahue
BBO # 548280
ENO, BOULAY, MARTIN &
    DONAHUE, LLP
21 George Street
Lowell, MA  01852
(978) 452-8902
Dated: 11/4/04

### CERTIFICATE OF SERVICE

I, Matthew C. Donahue, Esquire, hereby certify that I have forwarded a copy of the foregoing Answer to John M. McLaughlin, Green, Miles, Lipton & Fitz-Gibbon, P.O. Box 210, 77 Pleasant Street, Northampton, MA 01061-0210 by delivering same by first-class mail, postage prepaid on this 4th day of November, 2004.

*/s/ Matthew C. Donahue*

Matthew C. Donahue