UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST of SOUTHERN N.E., )<br>        Plaintiff(s)    )<br>                         )<br>v.                             )<br>                         )<br>IDA CARPENTINO,      )<br>        Defendant(s)   ) | C.A. No.   04-11489-MLW |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on December 14, 2004 by counsel for the plaintiff that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Tony Anastas, Clerk

December 14, 2004                        /s/Dennis O'Leary
Date                                                   Deputy Clerk