UNITED STATES DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: 04-cv-11489-MLW |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **Ida Carpenito** ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

The Parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Attorney,

3/22/05
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
Ida Carpenito,
By her Attorney,

_____
Date

/s/ Matthew C. Donahue

Matthew C. Donahue
Eno, Boulay, Martin & Donahue, LLP
21 George Street
Lowell, MA 01852-2283
(978) 452-8902
BBO No. 548280